IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KEVIN JONES,                )
                            )
        Plaintiff,           )
                            )
    v.                       )    1:22-cv-466
                            )
KILOLO KIJAKAZI,            )
Commissioner of Social       )
Security,                    )
                            )
        Defendant.           )

## ORDER

On July 5, 2023, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 16, 17.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de</u> <u>novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 16), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, (Doc. 11), is **DENIED,** Defendant's Motion for Judgment on the Pleadings, (Doc. 15), is **GRANTED,** that the Commissioner's decision is **AFFIRMED,** and that this action is **DISMISSED WITH PREJUDICE.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of July, 2023.

                                    /s/ William L. Osteen, Jr.
                                    United States District Judge